ACCEPTED
03-15-00365-CV
8330719
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/21/2015 4:23:01 PM
JEFFREY D. KYLE
CLERK

03-15-00365-CV

IN THE

THIRD COURT OF APPEALS

at AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/21/2015 4:23:01 PM
JEFFREY D. KYLE
Clerk

---

JAMES C. MOSSER and MOSSER LAW PLLC

v.

BOB MIMS

---

## APPELLEE'S MOTION TO EXTEND TIME TO FILE BRIEF

Appellee, Bob Mims, files this motion to extend the time to file his brief and in support of same would respectfully show the following:

1.     Appellants are James C. Mosser and Mosser Law, PLLC.

2.     Appellee is Bob Mims.

3.     Appellants' brief was filed November 23, 2015.

4.     Appellee's brief is due December 23, 2015.

5.     Appellee requests an additional 30 days to file his brief, extending the time until January 22, 2016.

-1-

6.      Appellee's trial court counsel did not anticipate that he would continue to represent Bob Mims in this appeal; however, Bob Mims has not been able to make financial arrangements with an appellate specialist.  Therefore, the undersigned counsel, who was Bob Mim's trial court counsel, needs additional time to prepare an appropriate Appellee's brief.

7.      No extension has been granted to extend the time to file Appellee's brief.

WHEREFORE, PREMISES CONSIDERED, Appellee requests that the Court grant an extension of time to file his brief until January 22, 2016.

Respectfully submitted,

HAY, WITTENBURG, DAVIS, CALDWELL & BALE, L.L.P.
P.O. Box 271
San Angelo, Texas 76902-0271
(325) 658-2728
(325) 655-2278 - Fax
lwb@hwdcb.com


By: /s/ Larry W. Bale
        LARRY W. BALE
        State Bar No. 01629830

ATTORNEYS FOR APPELLEE, BOB MIMS

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Paul J. Downey, counsel for Appellants, by telephone conference on December 21, 2015, in compliance with TRAP 10.1(a)(5), and he is not opposed to this request for an extension of time to file Appellee's brief.

/s/ Larry W. Bale
LARRY W. BALE

## CERTIFICATE OF WORD COUNT

I certify that this document contains 163 words, determined in the manner required by TRAP 9.4.

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2015, I served to Paul J. Downey at courtdocuments@mosserlaw.com a copy of Appellee's Motion to Extend Time to File Brief.

/s/ Larry W. Bale
LARRY W. BALE